# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, | No. 124 MM 2015

Respondent

v.

RONALD D. WEAVER,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2015, the Application to Exceed Word Count Limits is **DENIED**.